**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Education Village Braselton, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 93-3336995 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1159 Woodtrace Ln | |
| Number  Street | Number  Street |
| | P.O. Box |
| Auburn  GA  30011 | |
| City  State  ZIP Code | City  State  ZIP Code |
| Barrow County | **Location of principal assets, if different from principal place of business** |
| County | 5331 Thompson Mill Rd |
| | Number  Street |
| | Hoschton  GA  30548 |
| | City  State  ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

Debtor  Education Village Braselton, LLC                                    Case number (if known)_____
        Name

| | |
|---|---|
| 7. **Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .<br>6244 |
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check all that apply*:<br>　☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>　☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>　☐ A plan is being filed with this petition.<br>　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes.  District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　District _____  When _____  Case number _____<br>　　　　　　　　　　　　　　MM / DD / YYYY |
| 10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor Education Village, Inc.        Relationship Affiliate<br>　　　　District N.D. Ga.                   When 12/9/2025<br>　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY<br>　　　　Case number, if known _____ |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  Education Village Braselton, LLC  Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>Where is the property? _____<br>    Number      Street<br>_____<br>_____ _____ _____<br>City      State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. | **Estimated number of creditors** | ☑ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| 15. | **Estimated assets** | ☑ $0-$50,000      ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000      ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million      ☐ More than $50 billion |

Debtor __Education Village Braselton, LLC_____    Case number (*if known*)_____
      Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/09/2025
               MM  / DD / YYYY

X _/s/ G G Washington_____    Gregory G. Washington
Signature of authorized representative of debtor    Printed name

*Verified by signNow*
*12/10/2025 00:12:02 UTC*
*93962d627d9d47a79b86*

Title  Managing Member

**18. Signature of attorney**

X _/s/ Charles N. Kelley, Jr._____    Date  12/09/2025
Signature of attorney for debtor    MM / DD / YYYY

*Verified by signNow*
*12/10/2025 00:08:19 UTC*
*7477de2f10f24d148cd8*

Charles N. Kelley, Jr.
Printed name

Kelley Law LLC
Firm name

PO Box 2758
Number    Street

Gainesville                                           GA       30503
City                                                  State    ZIP Code

770-531-0007                                          charles@charleskelley.law
Contact phone                                         Email address

412212                                                GA
Bar number                                            State

**Fill in this information to identify the case:**

Debtor name: Education Village Braselton, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Kaplan Early Learning<br>Accounts Receivable, PO Box 890575<br>Charlotte, NC, 28289-0575 | | Outside Service | | | | 21,941.61 |
| 2 | M.A.G Rehab LLC<br>9181 Academy Rd, Stw LL/9<br>Philadelphia, PA, 19114 | | Rent | | | | 17,854.17 |
| 3 | Jackson EMC<br>PO Box 166023<br>Altamonte Springs, FL, 32716-6023 | | Outside Service | | | | 1,038.00 |
| 4 | Jan-Pro of NE Georgia-Aiken<br>105 Rossmore Pl<br>Augusta, GA, 30909 | | Outside Service | | | | 752.37 |
| 5 | Watch Me Grow<br>2625 Willamette Dr NE<br>Lacey, WA, 9815 | | Outside Service | | | | 506.00 |
| 6 | Metro Office Technologies<br>2295 Skelton Rd, Ste B4<br>Gainesville, GA, 30504 | | Outside Service | | | | 81.37 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   Education Village Braselton, LLC    Case number (*if known*)_____
         *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**United States Bankruptcy Court**

**IN RE:**   Case No._____

Education Village Braselton, LLC
_____   Chapter   11
_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Gregory G. Washington<br>1159 Woodtrace Ln, Auburn, GA 30011 | 50 | Managing member |
| Orian P. Motley<br>1044 Marina Cove Way, Greensboro, GA 30642-3993 | 50 | Other (Member) |

Georgia Department of Revenue
Compliance Division ACRS-Bankruptcy
2595 Century Pkwy NE, Ste 339
Atlanta, GA 30345


Georgia Dept of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jackson EMC
PO Box 166023
Altamonte Springs, FL 32716-6023


Jan-Pro of NE Georgia-Aiken
105 Rossmore Pl
Augusta, GA 30909


Kaplan Early Learning
Accounts Receivable, PO Box 890575
Charlotte, NC 28289-0575


M.A.G Rehab LLC
9181 Academy Rd, Stw LL/9
Philadelphia, PA 19114


Metro Office Technologies
2295 Skelton Rd, Ste B4
Gainesville, GA 30504


TD Bank
PO Box 5600
Lewiston, ME 04243-5600


Watch Me Grow
2625 Willamette Dr NE
Lacey, WA 9815

United States Bankruptcy Court

Northern District of Georgia

In re: Education Village Braselton, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/09/2025

*G77 GWash7b*

Verified by signNow
12/10/2025 00:12:02 UTC
a0a993a6ae9a417c8cbb

Signature of Individual signing on behalf of debtor

Managing Member

Position or relationship to debtor